```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

JAN TAYLOR, CARLA C. CROSSWHITE
and LAURA T. GODSEY, individually
and on behalf of a class of all other
persons similarly situated and on behalf
of the ANB Financial, N.A. Employee
Stock Ownership Plan                                    PLAINTIFFS


VS.                    CASE NO. 08-CV-5170


ANB BANCSHARES, INC.; DANIEL DYKEMA,
HARRY BROWN, GREGORY D. LANDIS,
DEBRA JACKSON, ERIC BROWN, BLAKE
EVANS and VIC EVANS                                     DEFENDANTS


## **ORDER**

Now on this 14th day of October 2010, there comes on for consideration the report and recommendation filed in this case on September 20, 2010, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. (Doc. 130). Also before the Court are Defendants' Objections (doc. 134).

Defendants' objections are based on their perception that Magistrate Setser made a finding that the Bancshares stock could not be sold. After a *de novo* review, the Court, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Defendants' Motion for Judgment on the Pleadings (doc. 96) is GRANTED as to Separate Defendant Plan Committee for Arkansas National Bank Employee Stock Ownership Plan, and this defendant is

    DISMISSED.  The motion is further GRANTED as to Plaintiffs' misrepresentation claim based upon Vonda Axe's email.  The motion is DENIED in all other respects.

    IT IS SO ORDERED.

                            /s/ Robert T. Dawson
                            Honorable Robert T. Dawson
                            United States District Judge