```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

JAN TAYLOR, CARLA C. CROSSWHITE
and LAURA T. GODSEY, individually
and on behalf of a class of all other
persons similarly situated and on behalf
of the ANB Financial, N.A. Employee
Stock Ownership Plan                                    PLAINTIFFS


V.                        CASE NO. 08-CV-5170


ANB BANCSHARES, INC.; DANIEL DYKEMA,
HARRY BROWN, GREGORY D. LANDIS,
DEBRA JACKSON, ERIC BROWN, BLAKE
EVANS and VIC EVANS                                     DEFENDANTS

## ORDER

Now on this 5th day of November 2010, there comes on for consideration the Report and Recommendations filed in this case on October 18, 2010, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. (Doc. 136). Also before the Court are Defendants' Objections (doc. 137).

After a *de novo* review, the Court, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Plaintiffs' Motion to Certify Class (doc. 88) is GRANTED. Plaintiffs are ordered to provide the Court with the form of notice to be provided to the members of the class.

IT IS SO ORDERED.

**AO72A**
**(Rev. 8/82)**

/s/  Robert  T.  Dawson
Honorable Robert T. Dawson
United States District Judge
